# United States District Court

**FILED**
MAY 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FOR THE _____ DISTRICT OF _____ COLUMBIA

UNITED STATES OF AMERICA

V.

Simon Peter Kareri
*Defendant*

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 05-320M-01

Upon motion of the ___ UNITED STATES GOVERNMENT ___, it is ORDERED that a detention hearing is set for __5-31-05__* at __1:45 PM__
                                             *Date*                          *Time*

before ___ MAGISTRATE JUDGE ALAN KAY ___
              *Name of Judicial Officer*

___ United States District Court for the District of Columbia ___
              *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____) and produced for the hearing.
                    *Other Custodial Official*

Date: 5-27-05

_____
*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.