IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 05-320M |
| SIMON P. KARERI ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF FILING**

Pursuant to the oral motion before and instructions by this Court on May 31, 2005, the defendant hereby submits the proposed order.

        Respectfully submitted,
        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        /s/
_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500