## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 05-320M** |
| **SIMON P. KARERI** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |
| | **)** | |

### O R D E R

Upon motion of the defendant, and deeming it just and proper to do so, and upon representation by the defendant that he suffers from a ulcerative colitis for which he has been prescribed medicine which must be taken, at his doctor's orders, at specific times during each day, it is hereby

**ORDERED**, that the administrator of the District of Columbia Jail take all necessary steps to evaluate and to treat Mr. Kareri's condition and to ensure that he receives appropriate medication at the appropriate intervals. The clerk of court shall send a copy of this Order to the Administrator of the jail immediately; and it is further

**ORDERED**, that Mr. Kareri be housed at a facility where he may receive appropriate medical attention.

**SO ORDERED** this _____ day of _____, 2005.

_____
ALAN KAY
UNITED STATES DISTRICT JUDGE

Copies to:

| | | |
|---|---|---|
| Tony Axam, Jr. | United States Marshal for | Steve Durham, AUSA |
| 625 Indiana Avenue, N.W. | The District of Columbia | 555 4th Street, N.W. |
| Suite 550 | 333 Constitution Avenue, NW | Washington, DC 20001 |
| Washington, D.C. 20004 | Washington, D.C. 20001 | |